# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 10-859 ODW(JEMx) | Date | September 22, 2010 |
| Title | Donna Young v. JP Morgan Chase Bank | | |

| | | |
|---|---|---|
| Present: The Honorable | Otis D. Wright II, United States District Judge | |
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**   Order to Show Cause re Case Settlement

The Court is in receipt of the Notice of Settlement [19] filed September 16, 2010. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, November 8, 2010 at 1:30 p.m.**

The OSC hearing, and all case hearings and deadlines, will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

IT IS SO ORDERED.

: 00

Initials of Preparer   RGN